IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01424-REB-KLM

EDWARD BURNS,

    Plaintiff(s),

v.

CENTRAL PORTFOLIO CONTROL, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Stipulated Motion for Entry of Protective Order (Docket No. **12,** Filed August 23, 2007) ("the motion").

    IT IS HEREBY   **ORDERED** that the motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

Dated:  August 27, 2007